FILED
2025 NOV -3 P 12: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JOY PULIDO<br><br>*Plaintiff/Relator*,<br><br>v.<br><br>BOOZ ALLEN HAMILTON INC.<br><br>*Defendant*. | NO.: 1:25-cv-361 (RDA/LRV)<br>FILED UNDER SEAL<br>Pursuant TO 31 U.S.C. § 3730(b)(2)<br><br>FILED *EX PARTE* |

JOINT NOTICE OF VOLUNARY DISMISSAL AND
MOTION TO UNSEAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Relator Joy Pulido voluntarily dismisses the Complaint in the above-captioned action against Defendant, without prejudice to the United States and without prejudice as to the Relator.

Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of the Complaint in the above-captioned action without prejudice as to the United States.

The United States submits that the sealing requirement of 31 U.S.C. § 3730(b)(2) is no longer needed and requests that the Relator's Complaint, this Notice and Motion, and the attached proposed Order be unsealed. The United States respectfully requests that all other filings in this action remain under seal because, in discussing the content and extent of the Government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order is submitted with this Notice and Motion.

DATED this 3d day of November, 2025

WE ASK FOR THIS:

Nathan M. Peak, by Tanya Kapoor, AUSA, with permission

Nathan M. Peak
Virginia Bar No. 91339
Julie Bracker
Georgia Bar No. 073803
Graham Rusk
Georgia Bar No. 901587
Counsel for the Relator
Bracker & Marcus LLC
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Tel: (770) 988-5035
Fax: (678) 648-5544
E-mail: Nathan@fcacounsel.com
E-mail: Julie@fcacounsel.com
E-mail: Graham@fcacounsel.com

AGREED TO:

LINDSEY HALLIGAN
United States Attorney

By: Tanya Kapoor

TANYA KAPOOR
Assistant U.S. Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3911
Fax: (703) 299-2584
E-mail: Tanya.Kapoor@usdoj.gov